```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 08 B 02877
   DEWAYNE R JOHNSON
                                              CHAPTER 13

                                              JUDGE: JACK B SCHMETTERER

          Debtor
   SSN XXX-XX-8223


------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
      The case was filed on 02/08/2008 and was confirmed 04/23/2008.

      The plan was confirmed to pay secured creditors 100% and unsecured
   creditors   10.00%.

      The case was converted to chapter 7 after confirmation 09/02/2008.
------------------------------------------------------------------------------
   CREDITOR NAME              CLASS            CLAIM AMOUNT      INTEREST        PRINCIPAL
                                                                   PAID            PAID
------------------------------------------------------------------------------
WELLS FARGO HOME MORTGAG  NOTICE ONLY    NOT FILED             .00              .00
PEOPLES GAS LIGHT & COKE  UNSECURED          854.52            .00              .00
WINGS FINANCIAL FCU       UNSECURED         4977.83            .00              .00
WINGS FINANCIAL FCU       UNSECURED         2994.04            .00              .00
WELLS FARGO MORTGAGE      CURRENT MORTG        .00             .00              .00
WELLS FARGO MORTGAGE      MORTGAGE ARRE     363.08             .00           363.08
MUNICIPAL COLLECTION SER  UNSECURED         3750.00            .00              .00
CHASE HOME FINANCE LLC    CURRENT MORTG        .00             .00              .00
CHASE HOME FINANCE LLC    SECURED NOT I        .00             .00              .00
CHASE HOME FINANCE LLC    UNSECURED      NOT FILED             .00              .00
FIRST MIDWEST MORTGAGE    CURRENT MORTG        .00             .00              .00
FIRST MIDWEST MORTGAGE    MORTGAGE ARRE   40405.41             .00           518.32
CHASE MASTERCARD          UNSECURED      NOT FILED             .00              .00
CITIBANK/SEARS            UNSECURED      NOT FILED             .00              .00
ECAST SETTLEMENT CORP     UNSECURED       10755.92             .00              .00
DELL FINANCIAL SERVICES   UNSECURED         1433.66            .00              .00
ECAST SETTLEMENT CORP     UNSECURED            .00             .00              .00
MUNICIPAL COLLECTION SER  NOTICE ONLY    NOT FILED             .00              .00
PEOPLES GAS LIGHT & COKE  UNSECURED      NOT FILED             .00              .00
KAREEM MOHAMMED           NOTICE ONLY    NOT FILED             .00              .00
ECAST SETTLEMENT CORP     UNSECURED         1843.35            .00              .00
LEGAL HELPERS PC          DEBTOR ATTY     1,000.00                          1,000.00
TOM VAUGHN                TRUSTEE                                             163.60
DEBTOR REFUND             REFUND                                                 .00

      Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                          RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                   2,045.00

PRIORITY                                               .00

                   PAGE   1 - CONTINUED ON NEXT PAGE
          CASE NO. 08 B 02877 DEWAYNE R JOHNSON
```

```
SECURED                                                        881.40
UNSECURED                                                         .00
ADMINISTRATIVE                                               1,000.00
TRUSTEE COMPENSATION                                           163.60
DEBTOR REFUND                                                     .00
                                     ----------------   ----------------
TOTALS                                       2,045.00           2,045.00
```

   Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


```
                                /s/ Tom Vaughn
   Dated: 12/29/08              _____
                                TOM VAUGHN
                                CHAPTER 13 TRUSTEE
```